**United States Bankruptcy Court**
**Southern District of West Virginia**

In re    <u>Casa Garcia's Co.</u>

Debtor(s)

Case No. _____

Chapter   <u>11</u>

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Alejandro Soliz**, declare under penalty of perjury that I am the **Vice President** of **Casa Garcia's Co.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Alejandro Soliz**, **Vice President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Alejandro Soliz**, **Vice President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Alejandro Soliz**, **Vice President** of this Corporation is authorized and directed to employ **Andrew S. Nason**, attorney and the law firm of **Pepper and Nason** to represent the corporation in such bankruptcy case."

Date   <u>1/17/25</u>

Signed   _____
          Alejandro Soliz

Resolution of Board of Directors
of
**Casa Garcia's Co.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Alejandro Soliz**, **Vice President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Alejandro Soliz**, **Vice President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Alejandro Soliz**, **Vice President** of this Corporation is authorized and directed to employ **Andrew S. Nason**, attorney and the law firm of **Pepper and Nason** to represent the corporation in such bankruptcy case.

Date _____1/17/2025_____        Signed _____

Date _____        Signed _____

## United States Bankruptcy Court
### Southern District of West Virginia

In re   **Casa Garcia's Co.**

Debtor(s)

Case No.
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Casa Garcia's Co.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Date   1/17/2025

**Andrew S. Nason**
Signature of Attorney or Litigant
Counsel for   **Casa Garcia's Co.**
**Pepper and Nason**
**8 Hale St**
**Charleston, WV 25301**
**304-346-0361 Fax: 304-346-1054**
**ryand@peppernason.com**

## United States Bankruptcy Court
### Southern District of West Virginia

In re   **Casa Garcia's Co.**
_____

Debtor(s)

Case No. _____

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____1/17/2025_____       Signature _____

**Alejandro Soliz**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Casa Garcia's Co.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **20-3230084** |

4.  **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **19-20 Riverwalk Plaza** <br> **South Charleston, WV 25303** <br> Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kanawha** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)     _____

6.  **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Casa Garcia's Co.**
　　　　　Name
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **Casa Garcia's Co.** _____   Case number (*if known*) _____
     <u>Name</u>

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency   _____
         Contact name   _____
         Phone   _____

---

**■■■■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

Debtor   **Casa Garcia's Co.**                                      Case number *(if known)*
Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000             ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **Casa Garcia's Co.**
Name                                                                 Case number (*if known*)

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on      1/17/25
　　　　　　　　MM / DD / YYYY

X _(signature)_                                    **Alejandro Soliz**
Signature of authorized representative of debtor         Printed name

Title   **Vice President**

---

**18. Signature of attorney**   X _(signature)_                Date  1/17/2025
Signature of attorney for debtor              MM / DD / YYYY

**Andrew S. Nason**
Printed name

**Pepper and Nason**
Firm name

**8 Hale St**
**Charleston, WV 25301**
Number, Street, City, State & ZIP Code

Contact phone   **304-346-0361**      Email address   **ryand@peppernason.com**

**#2707 WV**
Bar number and State

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name    **Casa Garcia's Co.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended *Schedule*    **All amended schedules prepared and filed**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/17/25          x _____
                                    Signature of individual signing on behalf of debtor

                                    **Alejandro Soliz**
                                    Printed name

                                    **Vice President**
                                    Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Casa Garcia's Co.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF WEST VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BAI Riverwalk, LP A2Z Real Estate Inc. 231 Market St. Johnstown, PA 15901 | | Lease of business premesis | Unliquidated Disputed | | | $77,000.00 |
| Buzz Products 4818 Kanawha Blvd E. Charleston, WV 25306 | | Vendor | | | | $9,000.00 |
| City of South Charleston 401 D Street South Charleston, WV 25303 | | B&O, license fees | | | | $12,000.00 |
| Crook Brothers 250 Grey Flats Rd Beckley, WV 25801 | | Vendor | | | | $800.00 |
| Diaz Foods 5501 Fulton Ind. Blvd. Atlanta, GA 30336 | | Vedor | | | | $3,500.00 |
| Performance Food Service 910 Highway 461 Somerset, KY 42503 | | Vendor | | | | $2,900.00 |
| WV State Tax Dept. 1001 Lee St. E Charleston, WV 25301 | | Consumer sales tax & beverage tax | | | | $35,000.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Casa Garcia's Co.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

| | | Current value of debtor's interest |
|---|---|---|
| 2. | **Cash on hand** | **$1,000.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Truist Bank** | **Checking** | 7356 | $20,000.00 |

4.    **Other cash equivalents** *(Identify all)*

| 5. | **Total of Part 1.** | |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $21,000.00 |

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:    Investments

**13. Does the debtor own any investments?**

Debtor    **Casa Garcia's Co.**                                    Case number *(if known)* _____
          Name

☐ No.  Go to Part 5.
☐ Yes  Fill in the information below.

<table>
<tr><td colspan="6">**Part 5:**    **Inventory, excluding agriculture assets**</td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes  Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   Raw materials | | | | |
| 20.   Work in progress | | | | |
| 21.   Finished goods, including goods held for resale | | | | |
| 22.   Other inventory or supplies **Assorted inventory (see attached exhibit for itemization)** | | **$0.00** | | **$40,000.00** |

| | |
|---|---|
| 23.   Total of Part 5. Add lines 19 through 22. Copy the total to line 84. | $40,000.00 |

**24.   Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value _____ 0.00   Valuation method _____   Current Value _____ 10,000.00

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

<table>
<tr><td colspan="4">**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**</td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes  Fill in the information below.

<table>
<tr><td colspan="4">**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   Office furniture | | | |
| 40.   Office fixtures | | | |

10 cases tomatoes
1 case tomato puree
2 cases aluminum containers #7
3 cases lids #7
2 cases lids #9
1 case clorox
1 case grill cleaner
1 case fabuloso
2 50 lb bags pinto beans
2 100lb bags rice
1 case 60 gallon trash bags
1 case 13 gallon trash bags
1 50lb bag sugar
1 25lb bag salt
2 cases chipotle salsa
1 case cholula sauce
1 case tapatio sauce
2 cases margarita mix (on the rocks
2 cases margarita mix (frozen)
1 case chiclets
2 cases mazeca
2 cases napkins
1 case straws
1 case 4 oz containers
1 case 4oz lids
1 case 16oz cups
1 case 16oz lids
2 cases toilet paper
2 cases hand towels
8 cases flour tortillas #8
2 cases flour tortillas #10
6 cases flour tortillas #6
10 cases corn tortillas for chips
1 case white corn tortillas
1 case yellow corn tortillas
3 cases garlic
2 cases chile powder
1 case chile guajillo
1 case chile ancho
1 case chile de arbol
1 case chicken broth
8 cases frying oil
3 cases whole pickled jalapenos
3 cases sliced pickled jalapenos
5 cases plasticware
2 cases wax paper
2 cases plastic bags
2 cases styrofoam containers (9x6)
1 case styrofoam containers (4x4)
2 cases aluminum containers #9
4 cases tea
1 case coffee
3 cases paper bags #2
2 cases paper bags #4
10 cases american cheese

1 case chorizo
1 case avocados
1 case mushrooms
1 case chile anaheim
1 case limes
1 case lemons
4 buckets sour cream
2 cases lettuce
4 cases onions
1 case aluminum foil
1 case seran wrap
12 cases imported beer
6 cases domestic beer
1 case gold montezuma (tequila)
1 case white montezuma (tequila)
1 case triple sec (liqueur)
½ case grand gala (liqueur)
½ case sweet & sour mix
15-20 bottles flavor mix
10-15 bottles liquor

Walk-in Cooler/Freezer Inventory 01/04
2 cases tilapia
2 cases chicken wings
2 cases chicken tenders
1 cases mac & cheese
1 case french fries
2 cases tripe
1 case churros
2 cases boneless chicken
3 cases bone in chicken
2 cases ground beef
2 cases flank steak
1 case mojarras
4 cases shrimp
1 case t-bone steak
1 case peeled knuckle beef

$40,000.00

Debtor   **Casa Garcia's Co.**                                          Case number *(If known)*
           Name

41.   **Office equipment, including all computer equipment and
      communication systems equipment and software**
      Assorted office equipment and furnishings                     $0.00                                    $100.00

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                        $100.00
      Add lines 39 through 42. Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No. Go to Part 9.
      ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Office machinary, equipment, supplies, etc<br>(see attached exhibit for itemization) | $0.00 | | $15,000.00 |

51.   **Total of Part 8.**                                                                     $15,000.00
      Add lines 47 through 50. Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

      ■ No. Go to Part 10.

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                     page 3

B 5 0

| Equipment | Estimated Vaue | Sell Value |
|---|---|---|
| Stove | $7,000-$8,000 | $500.00 |
| Griddle & Base | $7,000.00 | $700.00 |
| Steam Table | $2,500.00 | $250.00 |
| Prep Table | $4,000.00 | $400.00 |
| Deep Fryer | $1,200.00 | $120.00 |
| 2 Door Freezer | $2,200.00 | $220.00 |
| 2 Door Refrigerator | $1,800.00 | $200.00 |
| Prep Table Refrigerator | $500.00 | $50.00 |
| SS Table Food | $1,500.00 | $150.00 |
| Chip Warmer | $1,400.00 | $140.00 |
| Ice Machine | $5,000.00 | $500.00 |
| Shredder | $1,500.00 | $150.00 |
| Microwave | $100.00 | $10.00 |
| Margarita Machine | $7,000.00 | $700.00 |
| Pots/Pans/Utensils | $3,000.00 | $300.00 |
| Silverware | $500.00 | $50.00 |
| Dishes | $3,000.00 | $300.00 |
| Walk-in Freezer | $6,500.00 | $500.00 |
| Walk-in Cooler | $5,000.00 | |
| Beer Tapper | $2,800.00 | $1,025.00 |
| Dish Machine | $ | $200.00 |
| Turbo Heater | $4,000.00 | $800.00 |
| 3 Bowl Sinks | $4,500.00 | $400.00 |
| Hand Sinks | $ | $20.00 |
| Dish Racks | $ | $40.00 |
| SS Wash Tables (outfeed) | $1,000.00 | $100.00 |
| (infeed) | $1,700.00 | $175.00 |
| Television | $400.00 | $50.00 |
| Misc. Decor | $6,000.00 | $350.00 |
| 45 Tables | $5,000.00 | |
| 90 Chairs | $4,500.00 | |
| 13 Double Booths/4 Single Booths | $15,000.00 | $1,500.00 |

#15,000.00

| Debtor | **Casa Garcia's Co.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** **Casa Garcia's Co. license** | $0.00 | | $10.00 |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

| 66.    **Total of Part 10.** | | |
|---|---|---|
| Add lines 60 through 65. Copy the total to line 89. | | $10.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Casa Garcia's Co.**                              Case number *(If known)* _____
Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $21,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $40,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $10.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $76,110.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $76,110.00 |

| Fill in this information to identify the case: |
|---|
| Debtor name   **Casa Garcia's Co.** |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known)   _____ |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name **Casa Garcia's Co.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 | $12,000.00 |

**2.1** Priority creditor's name and mailing address

**City of South Charleston**
**401 D Street**
**South Charleston, WV 25303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $12,000.00     **Priority amount** $12,000.00

Date or dates debt was incurred

Basis for the claim:
**B&O, license fees**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2** Priority creditor's name and mailing address

**WV State Tax Dept.**
**1001 Lee St. E**
**Charleston, WV 25301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $35,000.00     **Priority amount** $35,000.00

Date or dates debt was incurred

Basis for the claim:
**Consumer sales tax & beverage tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor **Casa Garcia's Co.** _____    Case number (if known) _____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,000.00 |
|---|---|---|---|

**BAI Riverwalk, LP**
**A2Z Real Estate Inc.**
**231 Market St.**
**Johnstown, PA 15901**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lease of business premisis**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Buzz Products**
**4818 Kanawha Blvd E.**
**Charleston, WV 25306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Crook Brothers**
**250 Grey Flats Rd**
**Beckley, WV 25801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Diaz Foods**
**5501 Fulton Ind. Blvd.**
**Atlanta, GA 30336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vedor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,900.00 |
|---|---|---|---|

**Performance Food Service**
**910 Highway 461**
**Somerset, KY 42503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Mychal S. Shultz, Esq.**<br>**Babst/Calland**<br>**300 Summers St.**<br>**Charleston, WV 25301** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Performance Food Service**<br>**PO Box 799**<br>**Somerset, KY 42503** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

Debtor    **Casa Garcia's Co.**                                              Case number (if known) _____
      Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                47,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $            93,200.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $         140,200.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Casa Garcia's Co.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases               12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Business premesis at 19-20 Riverwak Plaza, South Charleston, WV 25303.** | |
|---|---|---|---|
| | State the term remaining | **10/31/2028** | **BAI Riverwalk, LP** |
| | List the contract number of any government contract | | **c/o Bon Aviv Investments 720 E. Palisade Ave., Ste 201 Englewood Cliffs, NJ 07632** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Business premesis at 19-20 Riverwak Plaza, South Charleston, WV 25303.** | |
|---|---|---|---|
| | State the term remaining | **10/31/2028** | **Mychal S. Shultz, Esq. Babst/Calland** |
| | List the contract number of any government contract | | **300 Summers St. Charleston, WV 25301** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Business premesis at 19-20 Riverwak Plaza, South Charleston, WV 25303.** | |
|---|---|---|---|
| | State the term remaining | **10/31/2028** | **Zamias Services, Inc.** |
| | List the contract number of any government contract | | **300 Market St Johnstown, PA 15901** |

| Fill in this information to identify the case: |
|---|
| Debtor name **Casa Garcia's Co.** |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Alejandro Soliz | 2306 Adams Ave<br>Saint Albans, WV 25177 | Mychal S. Shultz, Esq. | ☐ D _____<br>☐ E/F _____<br>■ G  2.2 |
| 2.2 | Alejandro Soliz | 2306 Adams Ave<br>Saint Albans, WV 25177 | Zamias Services, Inc. | ☐ D _____<br>☐ E/F _____<br>■ G  2.3 |
| 2.3 | Alejandro Soliz | 2306 Adams Ave<br>Saint Albans, WV 25177 | BAI Riverwalk, LP | ☐ D _____<br>☐ E/F _____<br>■ G  2.1 |
| 2.4 | Jesus Lugo | 1779 Carthage Rd<br>West End, NC 27376 | Mychal S. Shultz, Esq. | ☐ D _____<br>☐ E/F _____<br>■ G  2.2 |
| 2.5 | Jesus Lugo | 1779 Carthage Rd<br>West End, NC 27376 | Zamias Services, Inc. | ☐ D _____<br>☐ E/F _____<br>■ G  2.3 |

Debtor    **Casa Garcia's Co.**                                        Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1: Codebtor*                                                    *Column 2: Creditor*

2.6    **Jesus Lugo**         **1779 Carthage Road**              **BAI Riverwalk, LP**        ☐ D _____
                              **West End, NC 27376**                                          ☐ E/F _____
                                                                                             ■ G    **2.1**

| Fill in this information to identify the case: |
| --- |

Debtor name   **Casa Garcia's Co.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...........................................................................  $              0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................  $        76,110.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................  $        76,110.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $              0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................  $        47,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$        93,200.00

4. **Total liabilities** .........................................................................................
   Lines 2 + 3a + 3b                                                                                 $       140,200.00

**Fill in this information to identify the case:**

Debtor name     **Casa Garcia's Co.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2024** to **11/30/2024** | ■ Operating a business<br>☐ Other | **$803,619.64** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$1,005,071.00** |
| **For the fiscal year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$855,173.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Casa Garcia's Co.**                                       Case number *(if known)*   _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Performance Food Service**<br>**910 Highway 461**<br>**Somerset, KY 42503** | **Paid between $2500-$2700, twice a month** | **$2,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Buzz Products**<br>**4818 Kanawha Blvd E.**<br>**Charleston, WV 25306** | **$1400 - $2500 weekly** | **$1,950.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Crook Brothers**<br>**250 Grey Flats Rd**<br>**Beckley, WV 25801** | **Weekly between $850-$1800** | **$1,250.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** | **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor   **Casa Garcia's Co.**                                    Case number *(if known)* _____

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Pepper & Nason 8 Hale Street Charleston, WV 25301** | Review of feasibility of individual case. | 1/3/25 | $2,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Casa Garcia's Co.**                                             Case number *(if known)*
_____                    _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Pepper & Nason 8 Hale Street Charleston, WV 25301** | **Review lease situation and try to settle with landlord** | 1/3/25 | $8,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Pepper & Nason 8 Hale Street Charleston, WV 25301** | **Fee to file Subchapter V Bankruptcy. (Includes $1,000.00 trustee fee & $1,707.00 court fee.) Lawyer's received $12,293.00.** | 1/17/25 | $15,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor   **Casa Garcia's Co.**                                           Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Debtor   **Casa Garcia's Co.**                                    Case number *(if known)* _____

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Greenleaf & Associates**<br>**23 Chase Drive**<br>**Hurricane, WV 25526** | **2008-present** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☒ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor     **Casa Garcia's Co.** _____     Case number *(if known)* _____

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Greenleaf & Associates**<br>**23 Chase Drive**<br>**Hurricane, WV 25526** | |
| 26c.2. **Alejandro Soliz**<br>**2306 Adams Ave**<br>**Saint Albans, WV 25177** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Alejandro Soliz** | **1/04/2025** | **See attachments to schedules** |
| | Name and address of the person who has possession of inventory records<br>**Casa Garcia's Co.**<br>**19-20 Riverwalk Plaza**<br>**South Charleston, WV 25303** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alejandro Soliz** | **2306 Adams Ave**<br>**Saint Albans, WV 25177** | **Vice President** | **50** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Alejandro Garcia Torres (son)** | **2306 Adams Ave**<br>**Saint Albans, WV 25177** | **President** | **50** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **Casa Garcia's Co.**                                      Case number *(if known)* _____

- ☐ No
- ☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **See attached** | | | |
| Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/17/2025

_____        **Alejandro Soliz**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Vice President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
- ☑ No
- ☐ Yes

## CASA GARCIA'S, CO. EMPLOYEES

| Name | 2024 W-2 | Gross Pay, every two weeks |
|------|----------|----------------------------|
| Paola Garcia Torres | $33,000.00 | $1,500.00 |
| Alejandro Garcia Soliz | $30,000.00<br>$43,000.00 (2023) | $1,750.00 |
| Francisco Garcia Torres | $21,000.00 | $1,000.00 |
| Jayla Green | $26,380.50 | $1,310.00 |
| Adilene Guzman Garcia | $22,390.00 | $1,110.00 |
| Juan Soliz | $25,500.00 | $1,500.00 |
| Maria Garcia | $ 4,200.00 | $  350.00 |

**Notes:**

1. Each of the above would qualify as an "insider" within the meaning of 11 U.S.C. § 101 (31)(B) except for Adilene Guzman Garcia.

2. Alejandro earned $43,000.00 in 2023. He was to earn more than that in 2024, but had to defer pay so could be paid to the landlord. He requests $1,750.00 every two weeks or $45,500.00 per year.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of West Virginia

In re   **Casa Garcia's Co.**                                                                    Case No.  _____

                                          Debtor(s)                      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................    $ _____**20,293.00**

    Prior to the filing of this statement I have received ...............................    $ _____**20,293.00**

    Balance Due ...................................................................................    $ _____**0.00**

2.  $ __**1,707.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor       ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_1/17/2025_____                    _____
Date                                                **Andrew S. Nason**
                                                    *Signature of Attorney*
                                                    **Pepper and Nason**
                                                    **8 Hale St**
                                                    **Charleston, WV 25301**
                                                    **304-346-0361  Fax: 304-346-1054**
                                                    **ryand@peppernason.com**
                                                    *Name of law firm*

Alejandro Soliz
2306 Adams Ave
Saint Albans, WV 25177


BAI Riverwalk, LP
A2Z Real Estate Inc.
231 Market St.
Johnstown, PA 15901


BAI Riverwalk, LP
c/o Bon Aviv Investments
720 E. Palisade Ave., Ste 201
Englewood Cliffs, NJ 07632


Brothers Crooks
250 Gray Flats Rd.
Charleston, WV 25301


Buzz Products
4818 Kanawha Blvd E.
Charleston, WV 25306


City of South Charleston
401 D Street
South Charleston, WV 25303


Diaz Foods
5501 Fulton Ind. Blvd.
Atlanta, GA 30336


Jesus Lugo
1779 Carthage Rd
West End, NC 27376


Jesus Lugo
1779 Carthage Road
West End, NC 27376


Mychal S. Shultz, Esq.
Babst/Calland
300 Summers St.
Charleston, WV 25301

Performance Food Service
910 Highway 461
Somerset, KY 42503


Performance Food Service
PO Box 799
Somerset, KY 42503


WV State Tax Dept.
1001 Lee St. E
Charleston, WV 25301


Zamias Services, Inc.
300 Market St
Johnstown, PA 15901

## United States Bankruptcy Court
### Southern District of West Virginia

In re    **Casa Garcia's Co.**

_____

Debtor(s)

Case No. _____

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  01/17/2025

**Alejandro Soliz Vice President**
Signer/Title